IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-50380
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

DERRICK DWAYNE BRISCOE,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. W-92-CR-26-6
--------------------

October 19, 1999

Before JONES, SMITH, and STEWART, Circuit Judges.

PER CURIAM:[*]

    Derrick Dwayne Briscoe, federal prisoner No. 60259-080,
appeals the denial of his motion for reduction of sentence under
18 U.S.C. § 3582(c)(2).  Briscoe argues that the district court
should have reduced his sentence in the light of a 1994 amendment
to U.S.S.G. § 2D1.1(c) ("Amendment 505"), which would have
lowered his base offense level from 40 to 38, and that the
district court's reliance upon the nature and circumstances of
his case was an insufficient basis on which to deny the motion.

_____

    [*]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

We have reviewed the record and the briefs of the parties and hold that the district court did not abuse its discretion in denying the motion.  United States v. Whitebird, 55 F.3d 1007, 1009-10 (5th Cir. 1995).

AFFIRMED.